NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HITACHI CONSUMER ELECTRONICS CO., LTD. AND HITACHI ADVANCED DIGITAL, INC.,**
*Plaintiffs-Appellants,*

**v.**

**TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD. AND TPV TECHNOLOGY LTD.,**
*Defendants-Appellees.*

---

2014-1047

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:10-cv-00260-JRG, Judge J. Rodney Gilstrap.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HITACHI CONSUMER ELECTRONICS CO., LTD. AND HITACHI ADVANCED DIGITAL, INC.,**
*Plaintiffs-Appellees,*

**v.**

2          HITACHI CONSUMER ELECTRONICS v. TOP VICTORY
ELECTRONICS

**TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV INTERNATIONAL (USA), INC., ENVISION PERIPHERALS, INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TPV ELECTRONICS (FUJIAN) CO. LTD. AND TPV TECHNOLOGY LTD.,**
*Defendants-Appellants.*

———————————————

2014-1095

———————————————

Appeal from the United States District Court for the Eastern District of Texas in No. 2:10-cv-00260-JRG, Judge J. Rodney Gilstrap.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of Top Victory Electronics Co. et al.'s unopposed motion to dismiss appeal no. 2014-1095,

IT IS ORDERED THAT:

(1)  The motion is granted.  Appeal no. 2014-1095 is dismissed.

(2)  The revised official caption is reflected above.

(3)  Each side shall bear its own costs in 2014-1095.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

HITACHI CONSUMER ELECTRONICS v. TOP VICTORY           3
ELECTRONICS

s26

ISSUED AS A MANDATE (as to 2014-1095 only):
<u>December 12, 2013</u>